

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00424-CR

Mark Andrew **MORGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-17-0298
Honorable Frank Follis, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment of conviction is AFFIRMED.

SIGNED June 19, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice